**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**District of Puerto Rico**

Case number (if known): _____     Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | **NUGEN GROUP, INCORPORATED** |
| **2. All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as names* | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 6 6 – 0 7 2 6 7 6 3 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **URB. ROOSEVELT** <br> **464 CALLE ING. JOSE A. CANALS** <br> Number        Street <br> **San Juan, PR 00918** <br> City                State    ZIP Code <br><br> **San Juan** <br> County | <br> Number        Street <br><br> City                State    ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number        Street <br><br> City                State    ZIP Code |

**5. Debtor's website (URL)** _____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **NUGEN GROUP, INCORPORATED**                          Case number *(if known)* _____
                Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
**7   2   2   3**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____ Case number _____
                                                   MM / DD / YYYY

        District _____  When _____ Case number _____
                                                   MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

        District _____  When _____
                                                    MM / DD / YYYY

        Case number, if known _____

Debtor      **NUGEN GROUP, INCORPORATED**                                    Case number *(if known)*
              Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐   It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>     What is the hazard? _____<br><br>☐   It needs to be physically secured or protected from the weather.<br><br>☐   It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐   Other _____<br><br>**Where is the property?** _____<br>                           Number          Street<br><br>                           _____<br>                           City                                    State   ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.     Insurance agency _____<br>              Contact name _____<br>              Phone _____ |

| **Statistical and administrative information** |
|---|

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49      ☐ 50-99            ☐ 1,000-5,000   ☐ 5,001-10,000      ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199   ☐ 200-999          ☐ 10,001-25,000                    ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000              ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000         ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000        ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion<br>☑ $500,001-$1 million      ☐ $100,000,001-$500 million     ☐ More than $50 billion |

Debtor   **NUGEN GROUP, INCORPORATED**                                    Case number *(if known)*
         Name

| 16. Estimated liabilities | ❑ $0-$50,000 | ☑ $1,000,001-$10 million | ❑ $500,000,001-$1 billion |
|---|---|---|---|
| | ❑ $50,001-$100,000 | ❑ $10,000,001-$50 million | ❑ $1,000,000,001-$10 billion |
| | ❑ $100,001-$500,000 | ❑ $50,000,001-$100 million | ❑ $10,000,000,001-$50 billion |
| | ❑ $500,001-$1 million | ❑ $100,000,001-$500 million | ❑ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING --   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **01/09/2025**
              MM/  DD/  YYYY

X  **/s/ GERARDO D. NAVARRO**                    **GERARDO D. NAVARRO**
Signature of authorized representative of debtor   Printed name

Title   **PRESIDENT**

**18. Signature of attorney**

X   **/s/ Alexis Fuentes-Hernandez**      Date  **01/09/2025**
Signature of attorney for debtor                MM/  DD/  YYYY

**Alexis Fuentes-Hernandez**
Printed name

**Fuentes Law Offices, LLC**
Firm name

**P.O. Box 9022726**
Number        Street

**San Juan**                                   **PR**        **00902-2726**
City                                           State         ZIP Code

**(787) 722-5215**                             **fuenteslaw@icloud.com**
Contact phone                                  Email address

**217201**                                     **PR**
Bar number                                     State

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page **4**

Fill in this information to identify the case:

Debtor name **NUGEN GROUP, INCORPORATED**

United States Bankruptcy Court for the:

**District of Puerto Rico**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders **12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 1 | TREASURY DEPARTMENT OF PUERTO RICO P.O. BOX 9022501 SAN JUAN, PR 00902-2501 | | | Unliquidated | | | $861,236.03 |
| 2 | FONDO DEL SEGURO DEL ESTADO OFICINA REGIONAL SJ PO BOX 42006 SAN JUAN, PR 00940-2006 | | | Unliquidated | | | $178,263.18 |
| 3 | LEASE OPTION COMPANY, INC. PO Box 40851 San Juan, PR 00940-0851 | | LEASE ON KITCHEN EQUIPMENT | | | | $88,910.00 |
| 4 | FRIGORÍFICO VALLEJO, INC. PO Box 21327 San Juan, PR 00928-1327 | | GOODS SOLD | | | | $57,386.03 |
| 5 | ALADDIN TEMPRITE P.R. PO Box 19411 San Juan, PR 00910 | | SERVICES | | | | $42,526.04 |
| 6 | TRAFON GROUP GARDEN HILLS PLAZA PMB 342 #1353 AVE. VIGOREAUX Guaynabo, PR 00966 | | GOODS SOLD | | | | $41,910.16 |
| 7 | PG LAW, LLC PO Box 194302 San Juan, PR 00919-4302 | | LEGAL SERVICES | | | | $41,839.88 |
| 8 | LUMA ENERGY P.O. BOX 363508 SAN JUAN, PR 00936 | | UTILITIES | | | | $25,129.49 |

Debtor   **NUGEN GROUP, INCORPORATED**          Case number *(if known)*

        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 DOCKSIDE SEAFOOD, INC. PMB 117 1357 ASHFORD AVE. San Juan, PR 00907 | | GOODS SOLD | | | | $18,036.54 |
| 10 ECOLAB MANUFACTURING, INC. CALL BOX 60-7086 Bayamon, PR 00960 | | CLEANING SUPPLIES | | | | $12,542.56 |
| 11 CONCEPCION PRODUCE PO Box 21231 San Juan, PR 00928 | | GOODS SOLD | | | | $12,380.58 |
| 12 EMPRESAS DE GAS CO. PO Box 1025 Sabana Seca, PR 00952 | | GAS SUPPLY | | | | $11,144.31 |
| 13 XEROX CORPORATION PO Box 70201 San Juan, PR 00936 | | LEASE ARREARS | | | | $10,183.72 |
| 14 PASTELERÍA CIDRINES, INC. PO Box 140610 Arecibo, PR 00614-0610 | | GOODS SOLD | | | | $8,738.28 |
| 15 TROPIGAS DE PR, INC. PO Box 70205 San Juan, PR 00936 | | GAS SUPPLY | | | | $6,548.08 |
| 16 ECOBOTTLES CORP. PMB 505 1353 AVE. LUIS VIGOREAUX , 00966 | | GOODS SUPPLY | | | | $6,463.80 |
| 17 CABO ROJO GAS, INC. PO Box 883 Cabo Rojo, PR 00623 | | GAS SUPPLY | | | | $5,935.80 |
| 18 SUPER BUSINESS MACHINE AVE MAIN 51-50, SANTA ROSA Bayamon, PR 00959 | | PROFESSIONAL SERVICES | | | | $4,638.40 |
| 19 SANCHEZ FOOD SALES PO Box 6416 Mayaguez, PR 00681 | | GOODS SOLD | | | | $4,334.30 |
| 20 GILBERTO J. OLIVERAS, ESQ. PO Box 36-2671 San Juan, PR 00936 | | LEGAL SERVICES | | | | $2,925.00 |

Fill in this information to identify the case:

Debtor name     **NUGEN GROUP, INCORPORATED**

United States Bankruptcy Court for the:

     **District of Puerto Rico**

Case number (if known): _____ Chapter __**11**__

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

    1a. **Real Property:**

       Copy line 88 from *Schedule A/B*..........................................................................................................

**$700,000.00**

    1b. **Total personal property:**

       Copy line 91A from *Schedule A/B*......................................................................................................

**$0.00**

    1c. **Total of all property:**

       Copy line 92 from *Schedule A/B*........................................................................................................

**$700,000.00**

| Part 2: | Summary of Liabilities |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

**$446,525.95**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

       Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................

**$1,039,499.21**

    3b. **Total amount of claims of non-priority amount of unsecured claims:**

       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................................

**+     $423,802.36**

4. **Total liabilities**..................................................................................................................................

**$1,909,827.52**

    Lines 2 + 3a + 3b

AA ENVIRONMENTAL
PMB 548
CALL BOX 20000
00729


ALADDIN TEMPRITE P.R.
PO Box 19411
San Juan, PR 00910


ANDRES J. HERNANDEZ
PO Box 191529
San Juan, PR 00919


CABO ROJO GAS, INC.
PO Box 883
Cabo Rojo, PR 00623


CESAR O. RUBERT
PO Box 10873
San Juan, PR 00922


CONCEPCION PRODUCE
PO Box 21231
San Juan, PR 00928


COOP DE AHORRO DE
AGUADILLA
APARTADO 541
Aguadilla, PR 00605


CRIM
P.O. BOX 195387
SAN JUAN, PR 00919-5387

DOCKSIDE SEAFOOD, INC.
PMB 117
1357 ASHFORD AVE.
San Juan, PR 00907


EC WASTE LLC
PO Box 918
Punta Santiago, PR 00741


ECOBOTTLES CORP.
PMB 505
1353 AVE. LUIS VIGOREAUX
00966


ECOLAB MANUFACTURING,
INC.
CALL BOX 60-7086
Bayamon, PR 00960


EMPRESAS DE GAS CO.
PO Box 1025
Sabana Seca, PR 00952


ESTAMPADOS MODERNO
ESTACIÓN 65 DE INFANTERIA
APARTADO 30717
San Juan, PR 00929


FLORIDA BAKERY
PLAZA NUEVO MUNDO
BOULEVARD MIGUEL POU
Ponce, PR 00731


FONDO DEL SEGURO DEL
ESTADO
OFICINA REGIONAL SJ
PO BOX 42006
SAN JUAN, PR 00940-2006

FRIGORÍFICO VALLEJO, INC.
PO Box 21327
San Juan, PR 00928-1327

GILBERTO J. OLIVERAS, ESQ.
PO Box 36-2671
San Juan, PR 00936

GUSTOS COFFEE CO.
PO Box 11277
San Juan, PR 00922

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

LABORATORIO CLÍNICO
GAUDIER
DE DIEGO 3 ESTE
Mayaguez, PR 00680

LEASE OPTION COMPANY,
INC.
PO Box 40851
San Juan, PR 00940-0851

LIBERTY MOBILE PR
PO Box 70261
00936

LIGHT GAS CORP.
PO Box 1155
Salinas, PR 00751

LUMA ENERGY
P.O. BOX 363508
SAN JUAN, PR 00936

MEAD JOHNSON
PO Box 11846
San Juan, PR 00922-1846

METROPOLITAN GRAPHICS,
INC.
PO Box 5144
Carolina, PR 00984-5144

MUNICIPALITY OF SAN JUAN
P.O. BOX 70179
San Juan, PR 00936

NIMAR REFRIGERATION
PMB 116, HC-01
BOX 20030
Caguas, PR 00725

PASTELERÍA CIDRINES, INC.
PO Box 140610
Arecibo, PR 00614-0610

PG LAW, LLC
PO Box 194302
San Juan, PR 00919-4302

POPULAR AUTO
PO BOX 15011
SAN JUAN, PR 00902-8511

PR DEPARTMENT OF LABOR
P.O. BOX 195540
SAN JUAN, PR 00918-5540

PUERTO PAN
RR5
BOX 4999, PMB 110
Bayamon, PR 00956

QUALITY BUSINESS
1142 AVE. ROOSEVELT
00920

QUALITY FIRE PROTECTION
PO Box 1048
San Lorenzo, PR 00754

RET ENVIRONMENTAL
TECHNOLOGIES
PO Box 801322
Coto Laurel, PR 00780

RT SERVICES &
CONTRACTING
PO Box 801322
Coto Laurel, PR 00780

SANCHEZ FOOD SALES
PO Box 6416
Mayaguez, PR 00681

SUPER BUSINESS MACHINE
AVE MAIN 51-50, SANTA ROSA
Bayamon, PR 00959

T-MOBILE
PO Box 742596
Cincinnati, OH 45274

TRAFON GROUP
GARDEN HILLS PLAZA
PMB 342 #1353 AVE. VIGOREAUX
Guaynabo, PR 00966

TREASURY DEPARTMENT OF
PUERTO RICO
P.O. BOX 9022501
SAN JUAN, PR 00902-2501

TROPIGAS DE PR, INC.
PO Box 70205
San Juan, PR 00936

URBAN NETWORKS, INC.
525 AVE. JOSE A CEDENO
Arecibo, PR 00612

WORLDNET
TELECOMMUNICATIONS,
CORP.
INDUSTRIAL MARIO JULIA
696 CALLE B SUITE #3
SAN JUAN, PR 00920-2004

XEROX CORPORATION
PO Box 70201
San Juan, PR 00936

ZERO PEST, INC.
PO Box 114
Mercedita, PR 00715

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**
**HATO REY DIVISION**

IN RE: **NUGEN GROUP, INCORPORATED**                                    CASE NO

                                                                        CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date      **01/09/2025**       Signature _____**/s/ GERARDO D. NAVARRO**_____

                                                        GERARDO D. NAVARRO, PRESIDENT